**Fill in this information to identify the case:**

Debtor name: Texas Taxi, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BOKF, NA dba Bank of Texas<br>5 Houston Center<br>1402 McKinney, Ste 1000<br>Houston, TX 77010 | | PPP Loans | | | | $2,162,039.00 |
| 2 | AFCO Premium Credit LLC<br>5600 N. River Road, Ste 400<br>Rosemont, IL 60018g | | Insurance premiums | | | | $498,081.00 |
| 3 | VFH Dispatch<br>4201 Langley Road<br>Houston, TX 77093 | | Goods & Services | | | | $168,227.73 |
| 4 | Notre Capital Management<br>1124 North Post Oak Road<br>Suite 105<br>Houston, TX 77055 | | Management Fee | | | | $10,000.00 |
| 5 | Algoritmo<br>Calle 29 No 41-98-905<br>Medillin Antioquia<br>COLUMBIA | | Goods & Services | | | | $999.00 |

Debtor  Texas Taxi, Inc.  Case number (if known) _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Craig Murin<br>3130 Jarrad Street<br>Houston, TX 77005-3014 | | Goods & Services | | | | $718.75 |
| 7 | Adam & Coffee PC<br>1010 Lamar, Suite 1800<br>Houston, TX 77002 | | Goods & Services | | | | $60.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2